RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for EDWARD JAMESON PURRY II

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD JAMESON PURRY II,<br><br>Defendant. | 2:14-CR-332-JAD-VCF<br><br>**MOTION REQUESTING CONTINUANCE FOR THE FILING OF PLEADINGS CONTAINED IN TRIAL MEMORANDUM** |

COMES NOW, the defendant, EDWARD JAMESON PURRY II, by and through his attorney of record, BRENDA WEKSLER, Assistant Federal Public Defender, and hereby files this Motion Requesting Continuance for the Filing of Pleadings Contained in Trial Memo.

DATED this 27th Day of February 2015.

                                                RENE L. VALLADARES
                                              Federal Public Defender

                                      By: _/s/ Brenda Weksler_
                                              BRENDA WEKSLER
                                              Assistant Federal Public Defender

**MOTION REQUESTING CONTINUANCE FOR THE FILING OF PLEADINGS**

**CONTAINED IN TRIAL MEMORANDUM**

At Calendar Call, this Court allowed the parties until today for the filing of all pleadings outlined in the trial order. Undersigned is still in the process of interviewing potential witnesses. The result of these interviews will dictate what exhibits, if any, will be offered. As a result, undersigned respectfully requests that this Court grant her the ability to file these pleadings on Monday, March 3, 2015.

DATED this 27th Day of February 2015.

                                                          Respectfully submitted,

                                                          RENE L. VALLADARES
                                                          Federal Public Defender

                                                   By:   */s/ Brenda Weksler*
                                                          BRENDA WEKSLER
                                                          Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | 2:14-CR-332-JAD-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| EDWARD JAMESON PURRY II, | |
| Defendant. | |

**ORDER**

IT IS ORDERED that the Deadline for the filing of Trial Memorandum Pleadings be extended to March 3, 2015.

Dated: March 3, 2015.

_____
UNITED STATED DISTRICT JUDGE