RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for EDWARD JAMESON PURRY II

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD JAMESON PURRY II,<br><br>Defendant. | 2:14-CR-332-JAD-VCF<br><br>**MOTION TO ADVANCE REVOCATION HEARING**<br>**(**Expedited Treatment Requested) |

COMES NOW, the defendant, EDWARD JAMESON PURRY II, by and through his attorney of record, BRENDA WEKSLER, Assistant Federal Public Defender, and hereby files this Motion Requesting Purry's Revocation Hearing be advanced to a date and time convenient to this court, but prior to trial.

DATED this 27th Day of February 2015.

                                                        RENE L. VALLADARES
                                                        Federal Public Defender

                                                  By: */s/ Brenda Weksler*
                                                       BRENDA WEKSLER
                                                       Assistant Federal Public Defender

**MOTION TO ADVANCE REVOCATION HEARING**

On February 23, 2015, the defendant, Edward Purry (Purry) appeared for Calendar call before Judge Dorsey. He was taken into custody as there was an active warrant for the violation of pre-trial release. Initial appearance for this matter took place the following day before Judge Leen. Judge Leen detained Purry. It is Purry's understanding that the revocation hearing in the matter is currently set for March 12, 2015. Trial in this matter is set for March 9, 2015. Given this, Purry respectfully requests that this Court advance his revocation hearing and set a hearing as soon as possible before the trial date.

DATED this 27th Day of February 2015.

Respectfully submitted,

By: */s/ Brenda Weksler*
BRENDA WEKSLER
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD JAMESON PURRY II,<br><br>Defendant. | 2:14-CR-332-JAD-VCF<br><br>**PROPOSED ORDER** |

**ORDER**

IT IS ORDERED that the revocation hearing currently scheduled March 12, 2015 be advanced to  March 6, 2015 at the hour of  1:30 p.m., in courtroom 3D.

DATED this  5th day of March, 2015.

_____
UNITED STATED MAGISTRATE JUDGE

The U.S. Marshal is directed to transport defendant to and from the hearing.

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers. That on February 27, 2015, I served an electronic copy of the above and foregoing **MOTION TO ADVANCE REVOCATION HEARING** by electronic service (ECF) to the persons named below:

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101


            /s/ Christopher Vergari,
            Employee of the Federal Public Defender

4