RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702)388-6261

Attorney for:
 EDWARD JAMESON PURRY II

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD JAMESON PURRY II,<br><br>Defendant. | 2:14-cr-332-JAD-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for EDWARD JAMESON PURRY II, that the sentencing hearing scheduled on Monday, August 24, 2015 at 10:00 a.m., be vacated and be continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Since the filing of the previous stipulation, defense counsel has been diligent in preparation. However, additional time is needed to complete the preparation of relevant mitigation factors prior to sentencing.

2. The defendant is in custody but does not oppose the continuance.

3. The parties agree to the continuance

4. This is the second request for a continuance of the sentencing hearing.

DATED: August 21, 2015

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN,<br>United States Attorney |
|---|---|
| By: /s/ Brenda Weksler<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | By: /s/ Phillip N. Smith, Jr.<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDWARD JAMESON PURRY II,<br><br>　　　　　Defendant. | 2:14-cr-332-JAD-VCF<br><br>ORDER |

**ORDER**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, § 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for Monday, August 24, 2015 at 10:00 a.m., be vacated and continued to Monday, October 5, 2015, at 10:00 a.m.

DATED this 21st day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE