1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

EDWARD JAMESON PURRY II,

               Defendant.

2:14-cr-00332-JAD-VCF

**ORDER**

Before the court is the Ex-Parte Motion Requesting Court to Determine Whether New Counsel Needs to be Appointed (#107).

IT IS HEREBY ORDERED that a hearing on Motion Requesting Court to Determine Whether New Counsel Needs to be Appointed (#107) is scheduled for 3:00 p.m., September 8, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 26th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE