DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:14-cr-332-JAD-VCF** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EDWARD JAMESON PURRY II, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO CONTINUE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Brenda Weksler, Assistant Federal Public Defender, counsel for Defendant EDWARD JAMESON PURRY, II, that the sentencing hearing for the above-captioned matter, currently scheduled for October 5, 2015, at the hour of 10:00 a.m., be vacated and continued to a date and time convenient for this Court, but in no event earlier than three (3) weeks.

**The parties are respectfully requesting a sentencing date during the week of October 26, 2015, if possible, with the exception of October 29, and 30, 2015, as counsel for the Defendant will be outside of the jurisdiction on those days.**

This stipulation is entered for the following reasons:

1. The Defendant filed a sentencing memorandum on September 28, 2015. *See* Docket #112.

2. Based on the issues raised in the Defendant's sentencing memorandum, the Government anticipates having to file a lengthy sentencing memorandum in response.

3. The Government needs more time to prepare its sentencing memorandum, taking into account due diligence.

4. The Government also wants to ensure that the Court has sufficient time prior to the sentencing hearing to review what the Government anticipates will be a lengthy sentencing memorandum.

5. The Defendant is in custody, but he does not object to the continuance.

6. Denial of this request for a continuance of the sentencing hearing could potentially prejudice both parties.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

8. This is the third stipulation filed herein to continue the sentencing hearing.

DATED: September 30, 2015.

| /s/ | /s/ |
|---|---|
| PHILLIP N. SMITH, JR. | BRENDA WEKSLER |
| Assistant United States Attorney | Assistant Federal Public Defender |
| Counsel for the United States | Counsel for Defendant EDWARD PURRY II |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:14-cr-332-JAD-VCF** |
| | ) | |
| | ) | **ORDER CONTINUING** |
| Plaintiff, | ) | **SENTENCING HEARING** |
| | ) | |
| vs. | ) | |
| | ) | |
| EDWARD JAMESON PURRY II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for October 5, 2015, at the hour of 10:00 a.m., be vacated and continued to Wednesday, October 28, 2015, at 10:00 a.m.

_____
UNITED STATES DISTRICT JUDGE