```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA


 UNITED STATES OF AMERICA,   )   Case No. 2:14-cr-332-JAD-VCF
           Plaintiff,        )
    v.                       )       ORDER TEMPORARILY
 EDWARD JAMESON PURRY, II,   )   UNSEALING AUDIO RECORDING
           Defendant.        )
```

Amy Cleary, AFPD, submitted a Transcript Order form requesting a transcript of the Sealed Ex-Parte Motion, held on 9/17/2015. The transcript is to be prepared by NW Transcription.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by NW Transcription and providing a copy of the transcript to Amy Cleary, AFPD, as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 30th day of December, 2015.

_____
Cam Ferenbach
United States Magistrate Judge