UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )   Case No. 2:14-cr-332-JAD-VCF
              Plaintiff,       )
                               )        ORDER TEMPORARILY
     vs.                       )   UNSEALING TRANSCRIPTS
                               )
EDWARD JAMESON PURRY II,       )
              Defendant.       )
_____)

     Felicia Zabin, Court Reporter, received a Transcript Order

form from Amy Cleary, AFPD, requesting Jury Trial Transcripts.

Jury Trial Transcripts, 03/09/2015 and 3/11/2015, will be sealed

to protect juror last names.

     IT IS THE ORDER OF THE COURT that the sealed transcripts

shall be unsealed for the limited purpose of providing a copy of

the requested transcripts to Amy Cleary, AFPD.

     IT IS FURTHER ORDERED that the sealed transcripts shall

thereafter be resealed, and a certified copy of the transcripts

be delivered to the Clerk pursuant to 28, U.S.C., Section

753(b), until further order of this Court.

     IT IS FURTHER ORDERED that the receiving party shall not

disclose the sealed contents of the transcripts of the sealed

proceeding to anyone other than the representatives of the

parties directly concerned with this case.

     DATED this 27th day of January, 2016.


                           _____
                           JENNIFER A. DORSEY
                           United States District Judge